1

**MARC A. SAGGESE, ESQ.**
Nevada Bar No. 7166

2

**SAGGESE & ASSOCIATES, LTD.**

3

732 S. Sixth Street, Suite 201
Las Vegas, Nevada 89101

4

Telephone 702.778.8883
Facsimile 702.778.8884

5

*Attorney for Plaintiff*

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

9

GEORGE BELCH, an individual;

10

Plaintiff;

11

vs.

CASE NO.: 2:10:cv-00201-GMN-LRL

12

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT; OFFICER J. MELTON

13

P#4691, individually and in his official capacity;

**STIPULATED ORDER GRANTING
MARC A. SAGGESE, ESQ.'S
WITHDRAWAL AS COUNSEL FOR
PLAINTIFF**

14

OFFICER M. THIELE, P#9199, individually
and in his/her official capacity; OFFICER J.

15

ZINGER, P#9206, individually in his/her
official capacity; OFFICER K. GEIGER,

16

P#9864, individually and in his/her official

17

capacity; OFFICER S. KEITH, P#9190,
individually and in his/her official capacity and

18

DOES I through X;. DOES XI THROUGH XX;
and ROE CORPORATIONS XXI through

19

XXX, inclusive;

20

Defendants.

21

22

It appearing to the satisfaction of the Court, and good cause appearing therefore, it is

23

hereby stipulated as follows:

24

25

…

26

…

27

…

28

…

1

1.      That Marc A. Saggese, Esq.'s oral Motion to Withdraw as Counsel for Plaintiff is GRANTED.

2.      That Plaintiff shall retain new counsel no later than December 9, 2011.

3.      That Plaintiff's Opposition to Defendants' Motion for Summary Judgment shall be filed on or before Friday, December 30, 2011.

4.      That Defendants' Reply in Support of Motion for Summary Judgment shall be due in the normal course in January, 2012.

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

5.    That all future communications to Plaintiff George Belch shall be forwarded to

the following:

> George Belch
> 4033 San Diego St.
> North Las Vegas, Nevada 89032
> (702) 682-2783 (cell)
> (702) 655-0897 (home)
> gbelch@live.com

DATED this 21st day of November, 2011.          DATED this 21st day of November, 2011.

/s/ MARC A. SAGGESE, ESQ.                        /s/ PETER M. ANGULO, ESQ.

_____          _____
**MARC A. SAGGESE, ESQ.**                        **PETER M. ANGULO, ESQ.**
Nevada Bar No.: 7166                             Nevada Bar No.: 3672
**SAGGESE & ASSOCIATES, LTD.**                   Email: pangulo@ocgd.com
732 S. Sixth Street, Suite 201                   **OLSON CANNON GORMLEY**
Las Vegas, Nevada 89101                          **& DESRUISSEAUX**
Telephone 702.778.8883                           9950 W. Cheyenne Avenue
Facsimile 702.778.8884                           Las Vegas, Nevada 89129
Marc@MaxLawNV.com                                Telephone: 702.384.4012
                                                 Facsimile: 702.383.0701
                                                 pangulo@ocgd.com
                                                 *Attorney for Defendants*

## ORDER

IT IS SO ORDERED.

DATED this ___22nd___ day of November, 2011.

_____
MAGISTRATE JUDGE