# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE BELCH, | ) | Case No.: 2:10-cv-00201-GMN-VCF |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is Defendants' Motion for partial Summary Judgment Regarding Officer Keith (ECF No. 19), filed on April 15, 2011. In the Motion, Defendants' sole request was for the dismissal of Defendant Officer S. Keith from the litigation. Plaintiff filed an Opposition to the Motion on May 16, 2011 (ECF No. 26), and Defendants filed a Reply on May 19, 2011 (ECF No. 27). However, on September 15, 2011, Plaintiff filed a Stipulation to Dismiss Defendant Officer S. Keith from the litigation (ECF No. 39), and the Court granted the Stipulation (Order, ECF No. 40).

Therefore, the Court finds that since Defendant Officer S. Keith is now dismissed from the litigation, Defendants' Motion for partial Summary Judgment may be denied as moot.

**IT IS HEREBY ORDERED** that Defendants' Motion for partial Summary Judgment Regarding Officer Keith (ECF No. 19) is **DENIED** as moot.

DATED this 19th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge