AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

George Belch,

                      Plaintiff,

      V.

Las Vegas Metropolitan Police Department,

                      Defendants.

**JUDGMENT ON ATTORNEY'S FEES**

Case Number: 2:10-cv-00201-GMN -VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that defendants shall be awarded "reasonable expenses, including attorney's fees, caused by the failure" in the amount of $1,000. Fed. R. Civ. P. 37(c)(1)(A). Plaintiff shall pay $750, and plaintiff's former counsel Mr. Saggese shall pay $250.

March 13, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Aaron Blazevich

(By) Deputy Clerk